IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STREAMSCALE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CLOUDERA, INC., WARGAMING (AUSTIN), INC., INTEL CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN MARKETING SOLUTIONS, LLC, EXPERIAN HEALTH, INC., AND CSIDENTITY CORP.<br><br>      Defendants. | Civil Action No. 6:21-cv-00198 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff StreamScale, Inc. and Defendant Intel Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provide notice of the immediate dismissal of all claims in this action against Intel Corporation WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Intel Corporation has not filed an answer to the Second Amended Complaint (or as to any prior complaint) or for summary judgment as to these claims.  Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: March 3, 2022

Respectfully submitted,

/s/ Jamie H. McDole

Jamie H. McDole
  State Bar No. 24082049
Phillip B. Philbin
  State Bar No. 15909020
Michael D. Karson
  State Bar No. 24090198
Sarah S. Williamson
  State Bar No. 24110536
WINSTEAD PC
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: jmcdole@winstead.com
        pphilbin@winstead.com
        mkarson@winstead.com
        swilliamson@winstead.com

Max Ciccarelli
  State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, Texas 76701
Tel.: 214.444.8869
Email: Max@CiccarelliLawFirm.com

*Attorneys for Plaintiff StreamScale, Inc.*

/s/ Joseph T. Gooch

Brian C. Nash
Texas State Bar No. 24051103
Austin M. Schnell
Texas State Bar No. 24095985
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX  78701-3797
Tel: (512) 580-9629
Email: brian.nash@pillsburylaw.com
Email: austin.schnell@pillsburylaw.com

Sonal N. Mehta (*Pro Hac Vice*)
  California State Bar No. 222086

Jennifer J. John (*Pro Hac Vice*)
    California State Bar No. 331716
    Massachusetts State Bar No. 694749
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000
Email: Sonal.Mehta@wilmerhale.com
Email: Jennifer.John@wilmerhale.com

Amanda L. Major (*Pro Hac Vice*)
    DC Bar No. 495968
    New York Bar No. 4304507
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington, DC 20006
Tel: (202) 663-6000
Email: Amanda.Major@wilmerhale.com

Joseph T. Gooch (*Pro Hac Vice*)
    California State Bar No. 294282
WILMER CUTLER PICKERING HALE
& DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel: (628) 235-1002
Email: Taylor.Gooch@wilmerhale.com

Annaleigh E. Curtis (*Pro Hac Vice*)
    Massachusetts State Bar No. 696165
WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Email: Annaleigh.Curtis@wilmerhale.com

*Attorneys for Intel Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via email.


*/s/ Joseph T. Gooch*_____
Joseph T. Gooch