IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| STREAMSCALE, INC., *Plaintiff* | § § § § | |
| -v- | § § § | W-21-CV-00198-ADA |
| CLOUDERA, INC., EXPERIAN PLC, WARGAMING (AUSTIN), INC., *Defendants* | § § § § § § | |

# CLAIM CONSTRUCTION ORDER

Prior to the scheduled *Markman* hearing, the Court provided its preliminary constructions to the parties. Because the parties indicated that they did not wish to argue any of the terms (with the understanding that they do not waive any of their appellate rights), the Court canceled the *Markman* hearing and now enters the preliminary constructions as the final constructions.

**SIGNED** this 31st day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "main memory"<br><br>U.S Patent No. 8,683,296, Cls. 1–5, 7, 10–12, 14–17, 23–27, 29–32, & 34–39; U.S Patent No. 9,160,374, Cls. 1, 5–7, 11–13, & 17–18; U.S Patent No. 9.385,759, Cls. 1, 5–8, 12–15, & 19–20; U.S Patent No. 10,003,358, Cls. 1–4, 11–16, 19–23, 31–35, 38–42, 50–54, & 57; U.S Patent No. 10,291,259, Cls. 1–4, 12–16, 19–23, 31–35, 38–42, 50–54, & 57; U.S Patent No. 10,666,296, Cls. 1-8<br><br>Proposed by Defendants | Plain and ordinary meaning | "part of volatile internal storage into which instructions and other data must be loaded for subsequent execution or processing (e.g., RAM) not including registers or cache" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "the memory between the last-level cache and non-volatile storage medium (*e.g.*, HDD, etc.)." |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "thread" / "threads"<br><br>U.S Patent No. 8,683,296, Cls. 1–5, 7, 10–12, & 14–17; U.S Patent No. 9,160,374, Cls. 1 & 5–6; U.S Patent No. 9.385,759, Cls. 1 & 5–7; U.S Patent No. 10,003,358, Cls. 1–4, 11–16 & 19; U.S Patent No. 10,291,259, Cls. 1–4, 12–16 & 19; U.S Patent No. 10,666,296, Cls. 1-8<br><br>Proposed by Defendants | Plain and ordinary meaning | "a single flow of control within a process" | Plain-and-ordinary meaning |