UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

STREAMSCALE, INC. §
§ CIVIL NO:
vs. § WA:21-CV-00198-ADA
§
CLOUDERA, INC., ADP, INC., EXPERIAN §
PLC, WARGAMING (AUSTIN), INC.,
INTEL CORPORATION, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EXPERIAN MARKETING SOLUTIONS,
LLC, EXPERIAN HEALTH, INC.,
CSIDENTITY CORP.

# LIST OF WITNESSES

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. Art Hasan | 1. Karthik Krishnamoorthy |
| 2. Thomas Conte | 2. Darrell Long via Remote Zoom |
| 3. Wei-Chiu, Chuang via video deposition | 3. Wei-Chiu Chuang |
| 4. Karthik Krishnamoorthy via video deposition | 4. Kannan Ramchandran |
| 5. Irma Laxamana | 5. Jamie Griffin |
| 6. Gregory Tucker via video deposition | 6. Christopher Martinez |
| 7. Arpit Agarwal via video deposition | 7. |
| 8. Michael Anderson via video deposition | 8. |
| 9. James Plank via video deposition | 9. |

| | | | |
|---|---|---|---|
| 10. | Roy Weinstein | 10. | |
| 11. | Thomas Conte recalled | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |