UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
October 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

STREAMSCALE, INC. §
§
vs. § NO: WA:21-CV-00198-ADA
§
CLOUDERA, INC., ADP, INC., EXPERIAN §
PLC, WARGAMING (AUSTIN), INC., 
INTEL CORPORATION, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EXPERIAN MARKETING SOLUTIONS,
LLC, EXPERIAN HEALTH, INC.,
CSIDENTITY CORP.

## JURY NOTE #1

The foreperson is: ███████████████████████████

███████████████████
FOREPERSON

RESPONSE:

DATE: 10/13/23    TIME: 11:31 a~

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE