UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
October 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
   DEPUTY

STREAMSCALE, INC. §
§
vs. § NO: WA:21-CV-00198-ADA
§
CLOUDERA, INC., ADP, INC., §
EXPERIAN PLC, WARGAMING §
(AUSTIN), INC., INTEL CORPORATION,
EXPERIAN INFORMATION SOLUTIONS,
INC., EXPERIAN MARKETING
SOLUTIONS, LLC, EXPERIAN HEALTH,
INC., CSIDENTITY CORP.

JURY NOTE NUMBER 2

We have a verdict

[signature redacted]
PRESIDING JUROR

10/13/2023
DATE and TIME

* * * * * * * * * *

**COURT'S RESPONSE:**

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2:46                    10/13/23
DATE and TIME