IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
October 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
DEPUTY

| | |
|---|---|
| STREAMSCALE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 6:21-cv-00198-ADA |
| | ) |
| CLOUDERA, INC., | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

252 βm
10/13/23

1

In answering the following questions, you are to follow the instructions I have given you in the Court's charge. Your answers to each question must be unanimous.

As used herein:

    "StreamScale" refers to Plaintiff StreamScale, Inc.

    "Cloudera" refers to Defendant Cloudera, Inc.

    The "'296 Patent" refers to U.S. Patent No. 8,683,296.

    The "'759 Patent" refers to U.S. Patent No. 9,385,759.

    The "'259 Patent" refers to U.S. Patent No. 10,291,259.

    The "Asserted Claims" refers collectively to:

        Claims 34–35 of the '296 Patent;

        Claim 1 of the '759 Patent; and

        Claim 12 of the '259 Patent.

## I. INFRINGEMENT

**Directions:** In answering Questions 1A-1C below, please answer either "Yes" or "No" for each listed claim.

**Question No. 1A:** Did StreamScale prove by a preponderance of the evidence that Cloudera infringed the following Asserted Claims of the '296 Patent?

*"YES" is a finding for StreamScale. "NO" is a finding for Cloudera.*

    Claim 34                      YES __✓__       NO ____

    Claim 35                      YES __✓__       NO ____

**Question No. 1B:** Did StreamScale prove by a preponderance of the evidence that Cloudera infringed the following Asserted Claim of the '759 Patent?

*"YES" is a finding for StreamScale. "NO" is a finding for Cloudera.*

    Claim 1                        YES __✓__       NO ____

**Question No. 1C:** Did StreamScale prove by a preponderance of the evidence that Cloudera infringed the following Asserted Claim of the '259 Patent?

*"YES" is a finding for StreamScale. "NO" is a finding for Cloudera.*

    Claim 12                      YES __✓__       NO ____

Please proceed to Question No. 2.

## II. <u>INVALIDITY</u>

**Directions**

For any Asserted Claim for which the answer to Question 1A-1C is YES, please proceed to answer the following questions. If you answered NO for any Asserted Claim(s) in Question 1A-1C, please leave the answer below for the specific Asserted Claim(s) blank.

**Question No. 2A:** Did Cloudera prove by clear and convincing evidence that the following Asserted Claims of the '296 Patent are invalid?

*"YES" is a finding for Cloudera. "NO" is a finding for StreamScale.*

| | | |
|---|---|---|
| Claim 34 | YES_____ | NO __✓__ |
| Claim 35 | YES_____ | NO __✓__ |

**Question No. 2B:** Did Cloudera prove by clear and convincing evidence that the following Asserted Claim of the '759 Patent is invalid?

*"YES" is a finding for Cloudera. "NO" is a finding for StreamScale.*

Claim 1        YES_____        NO __✓__

**Question No. 2C:** Did Cloudera prove by clear and convincing evidence that the following Asserted Claim of the '259 Patent is invalid?

*"YES" is a finding for Cloudera. "NO" is a finding for StreamScale.*

Claim 12        YES_____        NO __✓__

Please proceed to Question No. 3.

## III. DAMAGES

**Directions — Question No. 3**

Answer Question 3 only if there is at least one Asserted Claim for which you answered "Yes" in Question 1A, 1B, or 1C **AND** you answered "No" for the same Asserted Claim in Question 2A, 2B, or 2C.

**Question No. 3:** What sum of money, if any, do you find StreamScale proved by a preponderance of the evidence would compensate it for Cloudera's infringement?

$ _240,000,000_  (million)

Please proceed to the final page.

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Date: __10/13/2023__        Jury Foreperson's Signature: [redacted]