IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STREAMSCALE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 6:21-cv-00198-ADA |
| ) | |
| CLOUDERA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER DENYING THE PARTIES' MOTIONS FOR
<u>JUDGMENT AS A MATTER OF LAW</u>**

During the trial, the Court heard and denied the Parties' Rule 50(a) Motions for Judgment as a Matter of Law. The Court also allowed the parties to submit written motions so as to allow the parties the opportunity to preserve any details that they did not include in their oral motions made at trial. Accordingly, the parties filed (i) Defendant's Rule 50(a) Motion for Judgment as a Matter of Law at the Close of StreamScale, Inc.'s Case-in-Chief (ECF No. 325); (ii) Plaintiff StreamScale, Inc.'s Rule 50(a) Motion for Judgment as a Matter of Law (ECF No. 330); and (iii) Defendant's Rule 50(a) Motion for Judgment as a Matter of Law at the Close of Evidence (ECF No. 333). Having reviewed and considered each of these motions, supporting arguments during trial, and all other matters of record, the Court finds that each of these motions should be **DENIED**. Accordingly, it is therefore,

**ORDERED** that:

1. Defendant's Rule 50(a) Motion for Judgment as a Matter of Law at the Close of StreamScale, Inc.'s Case-in-Chief (ECF No. 325) is **DENIED WITHOUT PREJUDICE**;

2. Plaintiff StreamScale, Inc.'s Rule 50(a) Motion for Judgment as a Matter of Law (ECF No. 330) is **DENIED WITHOUT PREJUDICE**; and

3.  Defendant's Rule 50(a) Motion for Judgment as a Matter of Law at the Close of Evidence (ECF No. 333) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** this 6th day of November, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE