UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **STREAMSCALE, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. W-21-CV-00198-ADA |
| § | |
| **CLOUDERA, INC., ADP, INC., WAR-** § | |
| **GAMING (AUSTIN), INC., INTEL** § | |
| **CORPORATION, EXPERIAN INFOR-** § | |
| **MATION SOLUTIONS, INC., EX-** § | |
| **PERIAN MARKETING SOLUTIONS,** § | |
| **LLC, EXPERIAN HEALTH, INC.,** | |
| **CSIDENTITY CORP.,** | |
| | |
| **Defendants.** | |

## ORDER RESOLVING MOTIONS TO STAY EXECUTION OF JUDGMENT

Before the Court are two motions to stay execution of judgment filed by Defendant Cloudera, Inc. ECF Nos. 358, 372. ECF No. 358 ("First Motion") is opposed by Plaintiff StreamScale, Inc., ECF No. 359, and ECF No. 372 ("Second Motion") is unopposed. The Second Motion also asks the Court to approve a $240,000,000 supersedeas bond, which covers the final judgment entered against Cloudera but not interest or costs. *See* ECF Nos. 349, 372. Cloudera notes that the Second Motion moots the First Motion. ECF No. 372 at 2.

After careful consideration of the parties' briefing, the relevant facts, and the applicable law, the Court **MOOTS** the First Motion and **GRANTS** the Second Motion. The supersedeas bond posted by Cloudera is hereby approved. Plaintiff StreamScale, Inc., is hereby stayed from executing, or attempting to execute, on the Judgment, and from pursuing any proceeding to enforce the Judgment against Cloudera pending the resolution of the Post-Judgment Motions and any appellate proceedings.

**SIGNED** this 6th day of December, 2023.

                                            _____
                                            ALAN D ALBRIGHT
                                            UNITED STATES DISTRICT JUDGE