IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| STREAMSCALE, INC., *Plaintiff* | § § § | |
| -v- | § § § | W-21-CV-00198-ADA |
| CLOUDERA, INC., EXPERIAN PLC, WARGAMING (AUSTIN), INC., *Defendants* | § § § § § | |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services related to evaluating multiple dispositive motions through today and finds the requested amount to be reasonable and necessary.

As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:        $8,768.10
    Defendants:   $8,768.10

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 10th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE